# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JOHN L JENKINS                                  Case No.: 04-39307

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/21/2004.

2) This case was confirmed on 01/21/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/28/2009.

6) Number of months from filing to the last payment:  57

7) Number of months case was pending:  61

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    60,500.00

10) Amount of unsecured claims discharged without payment $   27,386.06

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==============================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $    53,887.64
        Less amount refunded to debtor                  $       478.64
 NET RECEIPTS                                           $    53,409.00
==============================================================================

==============================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $     2,100.00
        Court Costs                                     $          .00
        Trustee  Expenses and Compensation              $     3,251.62
        Other                                           $          .00

 TOTAL EXPENSES OF ADMINISTRATION                       $     5,351.62

 Attorney fees paid and disclosed by debtor             $       600.00
==============================================================================

==============================================================================
 Scheduled Creditors:

 Creditor                   Claim          Claim          Claim       Principal       Int.
   Name           Class    Scheduled       Asserted       Allowed        Paid         Paid

 FORD MOTOR CREDIT   SECURED    19,000.00     19,411.00     19,411.00     19,411.00    1,688.95
 FORD MOTOR CREDIT   UNSECURED   2,952.41      2,541.41      2,541.41      1,558.93         .00
 AMERICAN EXPRESS TRA UNSECURED  5,775.69      5,775.69      5,775.69      3,535.24         .00
 AMERICAN EXPRESS TRA UNSECURED    180.00        266.99        266.99        163.38         .00
 ECAST SETTLEMENT COR UNSECURED  7,371.03      7,584.92      7,584.92      4,642.65         .00
 ROUNDUP FUNDING LLC  UNSECURED  4,928.17      5,245.89      5,245.89      3,210.96         .00
 ROUNDUP FUNDING LLC  UNSECURED  1,981.96      1,984.84      1,984.84      1,214.11         .00
 RESURGENT ACQUISITIO UNSECURED  2,227.88      2,423.80      2,423.80      1,482.61         .00
 CAPITAL ONE BANK    UNSECURED   4,826.00           NA            NA            .00         .00
 CARSON PIRIE SCOTT  UNSECURED     657.17        643.69        643.69        393.74         .00
 ECAST SETTLEMENT COR UNSECURED  4,360.87      4,536.74      4,536.74      2,776.89         .00
 RESURGENT ACQUISITIO UNSECURED  6,897.00      4,270.14      4,270.14      2,613.71         .00
 FREEDOM CARD        UNSECURED   2,378.71      2,960.35      2,960.35      1,812.00         .00
 ECAST SETTLEMENT COR UNSECURED    630.50        679.88        679.88        415.88         .00
 RESURGENT ACQUISITIO UNSECURED  2,895.29      2,764.62      2,764.62      1,692.20         .00
 US POSTAL SERVICE CR UNSECURED  4,000.00           NA            NA            .00         .00
 WASHINGTON MUTUAL FI UNSECURED  1,476.00           NA            NA            .00         .00
 SHERMAN ACQUISITION UNSECURED        NA        561.95        561.95        343.74         .00
 PREMIER BANK CARD   UNSECURED        NA        889.93        889.93        544.36         .00
 SMC                 UNSECURED        NA        521.90        521.90        319.24         .00
 ECAST SETTLEMENT COR UNSECURED       NA        388.75        388.75        237.79         .00
==============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 19,411.00 | 19,411.00 | 1,688.95 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 19,411.00 | 19,411.00 | 1,688.95 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 44,041.49 | 26,957.43 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,351.62 |
| Disbursements to Creditors | $ | 48,057.38 |
| **TOTAL DISBURSEMENTS:** | $ | 53,409.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/03/2009          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**